UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RODDY E. AVERY,<br><br>             Plaintiff,<br><br>      v.<br><br>COWLITZ COUNTY, MARIN FOX HIGHT, BLAIN LUX, CHRISTOPHER MOSES, CASEY RIDELL, TRACY BOTTEMILLER, JOHN S. LACY, BETTY L. RICHARDSON, MAUREEN R. CLEMENT, TINA HUFT, DAVID FUNDINGSLAND, MOLLY J. DOLAN, ADAM S. SURFACE,<br><br>             Defendants. | CASE NO. C15-5074 BHS-KLS<br><br>**DISCOVERY DEADLINES** |

The Court establishes the following discovery deadlines:

(1)    <u>FRCP 26(f) Conference</u>:  The deadline for the parties' FRCP 26(f) conference is **July 31, 2015.**  This conference shall be by direct and personal communication, whether that be a face−to−face meeting or a telephonic conference.

(2)    <u>Initial Disclosures</u>:  The initial disclosure deadline is **August 14, 2015.**

(3)    <u>Discovery Plan:</u>  Counsel and any pro se parties are directed to confer and provide the Court with a Discovery Plan by **August 21, 2015.**  The Discovery Plan must contain the

DISCOVERY DEADLINES - 1

following information relating to the parties' views and proposals on all items in Fed. R. Civ. P. 26(f)(3), which includes the following topics:

      a)     initial disclosures;

      b)     subjects, timing, and potential phasing of discovery;

      c)     electronically stored information;

      d)     privilege issues;

      e)     proposed limitations on discovery;

      f)     the need for any discovery related orders;

      g)     the date by which discovery can be completed; and

      h)     whether any party wishes a scheduling conference before the Court enters a scheduling order in the case.

(4)     The Clerk of Court is directed to send a copy of this Order to counsel for the parties.

Dated this 11th day of May, 2015.

*[signature]*

Karen L. Strombom
United States Magistrate Judge

DISCOVERY DEADLINES - 2